plinary Board pursuant to Rule 208(g), Pa.R.D.E.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**William M. GROSS, Respondent.**

**No. 605 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 14, 2000.

*ORDER*

PER CURIAM:

AND NOW, this 14th day of July, 2000, upon consideration of the Recommendation of the Disciplinary Board dated June 19, 2000, it is hereby

ORDERED that WILLIAM M. GROSS is placed on temporary suspension pursuant to Rule 208(f), Pa.R.D.E., until further definitive action by this Court. It is further ORDERED that respondent shall comply with the provisions of Rule 217, Pa.R.D.E.

This Order constitutes an imposition of public discipline within the meaning of Rule 402, Pa.R.D.E., pertaining to confidentiality.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Meridith Patricia SOLVIBILE, Respondent.**

**No. 497 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 17, 2000.

*ORDER*

PER CURIAM:

AND NOW, this 17th day of July, 2000, on certification by the Disciplinary Board that the respondent, MERIDITH PATRICIA SOLVIBILE, who was suspended by Order of this Court dated May 4, 1999, for a period of one year, has filed a verified statement showing compliance with all the terms and conditions of the Order of Suspension and Rule 217, Pa.R.D.E., and there being no other outstanding order of suspension or disbarment, MERIDITH PATRICIA SOLVIBILE is hereby reinstated to active status, effective immediately.